## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

FAIRLY W. EARLS,

        Plaintiff,

        v.                                         Case No. 05-C-0092

ATTORNEY ANTHONY L. O'MALLEY,
and ZACHERL, O'MALLEY & ENDEJAN, S.C.,
and XYZ INSURANCE COMPANY,

        Defendant.

---

## **STANDING ORDER RE: ELECTRONIC CASE FILING**

This case has been designated for Electronic Case Filing pursuant to Federal Rule of Civil Procedure 5(e) and Chief Judge Rudolph T. Randa's Procedural Order of September 29, 2003. In order to expedite the handling of this matter,

**IT IS ORDERED** that each party shall deliver to chambers a courtesy copy of each document electronically filed by that party. The document must be delivered to chambers on or before the date of electronic filing.

**IT IS FURTHER ORDERED** that, unless otherwise ordered, all filing deadlines expire at 5:00 P.M.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 27th day of April, 2005.

                                          s/Thomas J. Curran
                                          THOMAS J. CURRAN
                                          United States District Judge